In the Matter of the Petition of HENRY G. TREVOR, Respondent and Appellant, for a Construction of the Will of JOHN B. TREVOR, Deceased.

JOHN B. TREVOR et al., Appellants and Respondents.

(Submitted November 24, 1924; decided December 2, 1924.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements.   (See 239 N. Y. 6.)

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES SCHOENBERG, Appellant.

*Appeal — failure to file return.*

People v. *Schoenberg*, 206 App. Div. 689, appeal dismissed.

(Submitted November 24, 1924; decided December 2, 1924.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 4, 1923, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York affirming a judgment of a City Magistrate's Court convicting the defendant of disorderly conduct.

The motion was made upon the ground of failure to file the return.

*Joab H. Banton, District Attorney,* for motion.

No one opposed.

Motion granted and appeal dismissed.